UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN F. SOULE,

    Defendant.

CASE NO. 1:17-CR-10308-001-FDS

## ORDER

Upon consideration of the United States' motion for order directing the United States Marshal's Service (the "USMS") to turn over $8,211.29 in United States currency that was seized from John F. Soule (the "Defendant") at the time of arrest (the "Motion"), it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED, pursuant to 18 U.S.C. § 3613, that the USMS turn the $8,211.29 in United States currency seized from Defendant over to the Clerk, United States District Court, District of Massachusetts to be applied to the Defendant's outstanding restitution debt. The funds shall be made payable to Clerk, U.S. District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210 and shall be submitted with reference to the above-captioned case number in order for the funds to be properly credited.

DATE: 9-10-2019

JUDGE F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE